(No. 2890—

ADAM CONDER, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed September 10. 1936.*

CLAIMANT, pro se.

OTTO KERNER, Attorney General; JOHN KASSERMAN, Assistant Attorney General, for respondent.

MR. JUSTICE YANTIS delivered the opinion of the court:

Claimant seeks a return of Four ($4.00) Dollars on account of excess payment made by him for an automobile license for a Dodge sedan for the year 1934. The record shows that the horse power of said car was erroneously listed as 27.4 when it should have been 23.4. A report dated May 14, 1936 from the Secretary of State shows that the statement upon which the claim is based is correct and that claimant paid an excess fee of Four ($4.00) Dollars through said mistake.

Under the ruling heretofore followed, that excess license or franchise payments made by claimant under a mistake of fact will be refunded, claimant is entitled to an award in the present instance. (*Martin* vs. *State,* 8 C. C. R. 200.)

An award is therefore made in favor of claimant in the sum of Four ($4.00) Dollars.